IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:07-cv-06672 |
| DOLGENCORP, | ) ) ) | Judge Marovich Magistrate Judge Schenkier |
| Respondent. | ) | |

_____

### MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF *INSTANTER*
_____

     Defendant Dolgencorp moves this Court for leave to file a brief of twenty-one pages, including signature pages and certificate of service, which is in excess of the fifteen page limit specified in the Court's rules, in support of Dolgencorp's Response to the EEOC's Motion To Compel Enforcement Of A Subpoena.  The reason for this request is due to the important issues raised regarding jurisdiction and the delegation of the EEOC's investigative authority and the need to adequately apprise the Court of the circumstances warranting relief.

                                            Respectfully Submitted,

                                            By: s/ Michael D. Ray
                                            Michael D. Ray (6285109)
                                            OGLETREE, DEAKINS, NASH
                                            SMOAK & STEWART
                                            20 South Clark Street, 25th Floor
                                            Chicago, IL  60603
                                            Telephone:  312-558-1220
                                            Fax:  312-807-3619
                                            Email: michael.ray@odnss.com

                                            Thomas L. Henderson (TN Bar No. 11526)
                                            Kristy L. Gunn (TN Bar No. 22821)

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.
          6410 Poplar Avenue, Ste. 300
          Memphis, Tennessee 38119
          Telephone: (901)767-6160
          Email: Thomas.Henderson@ogletreedeakins.com
          Email: Kristy.Gunn@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 16th day of January, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

          Jeanne Szromba
          Diane Smason
          John Hendrickson
          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
          500 West Madison Street
          Suite 2800
          Chicago, Illinois 60661

          AUSA
          219 South Dearborn Street
          Suite 500
          Chicago, IL 60604

          s/ Michael D. Ray