# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Applicant, )<br>)<br>v. )<br>)<br>)<br>DOLGENCORP, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br>1:07-cv-06672<br>Judge Marovich<br>Magistrate Judge Schenkier |

## Notice of Motion

PLEASE TAKE NOTICE that on **Thursday, January 17, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Magistrate Judge Schenkier, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in her place, and shall then and there present the attached **Motion to File Declaration Under Seal.**

Respectfully Submitted,

By: s/ Michael D. Ray
Michael D. Ray (6285109)
OGLETREE, DEAKINS, NASH
SMOAK & STEWART
20 South Clark Street, 25th Floor
Chicago, IL  60603
Telephone: 312-558-1220
Fax: 312-807-3619
Email: michael.ray@odnss.com

>Thomas L. Henderson (TN Bar No. 11526)
>Kristy L. Gunn (TN Bar No. 22821)
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>6410 Poplar Avenue, Ste. 300
>Memphis, Tennessee 38119
>Telephone: (901)767-6160
>Email: Thomas.Henderson@ogletreedeakins.com
>Email: Kristy.Gunn@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

>Jeanne Szromba
>Diane Smason
>John Hendrickson
>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>500 West Madison Street
>Suite 2800
>Chicago, Illinois 60661
>
>AUSA
>219 South Dearborn Street
>Suite 500
>Chicago, IL 60604

>s/ Michael D. Ray