# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

U.S. Equal Employment Opportunity
Commission

|  | |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:07−cv−06672 |
| | Honorable George M. Marovich |
| Dolgencorp | |
| | Defendant. |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

     MINUTE entry before Judge Sidney I. Schenkier : Telephone status conference held. Respondent's motion for leave to file a brief in excess of 15 pages (doc. # 13) is unopposed, and is GRANTED; no appearance on the motion is required. With respect to respondent's motion to seal a document (doc. # 15), respondent is directed to serve a copy of the document in question on applicant EEOC and to deliver a copy to the Court by 01/22/08. Applicant shall inform the Court by noon on 01/13/08 whether it has any opposition to the motion. Pending ruling by the Court on the motion, the EEOC shall treat the document as non−public and confidential. The 02/25/08 hearing date for the EEOC's motion to compel enforcement of subpoena (doc. # 1) remains in effect. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.