**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

U.S. Equal Employment Opportunity
Commission

                                    Plaintiff,

v.                                               Case No.: 1:07−cv−06672
                                                      Honorable George M. Marovich

Dolgencorp

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Sidney I. Schenkier : The minute order of 1/22/08 is corrected to show the 2/25/08 hearing date for the EEOC's motion to compel enforcement of subpoena (doc. # 1) remains in effect is actually set for 2/5/08 at 9:00 a.m.(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.