UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

U.S. Equal Employment Opportunity
Commission

                Plaintiff,

v.                                  Case No.: 1:07−cv−06672
                                          Honorable George M.
                                          Marovich

Dolgencorp

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge Sidney I. Schenkier : Motion hearing held. Defendant's motion to file declaration under seal (doc. #15) is withdrawn in part and granted in part. The motion is withdrawn as to the Freeland declaration, and the Cook declaration. By agreement, the motion is granted as to the position statement of Exhibit A, Exhibit G, and as to redacting the social security number in Exhibit F. The motion is granted as to the personal information in Exhibit C, paragraph 6 of the Hammond−Loft declaration (excluding the first sentence), and as to Exhibits A and B of the Hammond−Loft declaration. The defendant is given leave to file the declarations underseal, with the declarations also to be filed in the public record with the underseal portions redacted. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.