IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Applicant, | ) ) |
| v. | ) ) ) | CIVIL ACTION NO. 1:07-cv-06672 |
| DOLGENCORP, | ) ) |
| Respondent. | ) |

## DECLARATION OF DOROTHY FREELAND

I, Dorothy Freeland, declare and state as follows:

1. I have personal knowledge of and am competent to testify as to the matters set forth herein.

2. I am the Director of Human Resources Information Systems (HRIS) for Dollar General, and my office is located at 100 Mission Ridge, Goodlettsville, Tennessee 37072.

3. In my position as the Director of HRIS, I am familiar with, and am one of the employees with access to, the information contained in the Company's human resources database (sometimes referred to as the Lawson system). The Lawson database contains certain information regarding both Dollar General employees and those individuals to whom contingent offers of employment have been made. These records are made at or near the time of the relevant employment action and are kept in the course

of a regularly conducted business activity. It is the regular practice of Dollar General to make and/or compile these records.

4. According to the Company's HRIS records, in fiscal year 2004, Dollar General made approximately 125,000 conditional offers of employment. In fiscal year 2005, Dollar General made approximately 138,000 conditional offers of employment. In fiscal year 2006, Dollar General made approximately 152,000 conditional offers of employment. In providing these numbers, I have rounded upwards to the nearest 500.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 21 day of January, 2008.

*[signature]*