IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) ) | |
| v. | ) ) ) ) | CIVIL ACTION NO. 1:07-cv-06672 Judge Marovich |
| DOLGENCORP, | ) ) | Magistrate Judge Schenkier |
| Respondent. | ) | |

## Notice of Filing

PLEASE TAKE NOTICE that on January 29, 2008, Dolgencorp electronically filed redacted versions of its Declarations in support of its Response to the EEOC's Motion to Compel Enforcement of Subpoena. Unredacted versions of these documents will be filed with the Clerk under seal pursuant to Magistrate Judge Schenkier's Order dated January 24, 2008.

Respectfully Submitted,

By: s/ Michael D. Ray
Michael D. Ray (6285109)
OGLETREE, DEAKINS, NASH
SMOAK & STEWART
20 South Clark Street, 25th Floor
Chicago, IL  60603
Telephone:  312-558-1220
Fax:  312-807-3619
Email: michael.ray@odnss.com

        Thomas L. Henderson (TN Bar No. 11526)
        Kristy L. Gunn (TN Bar No. 22821)
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        6410 Poplar Avenue, Ste. 300
        Memphis, Tennessee 38119
        Telephone: (901)767-6160
        Email: Thomas.Henderson@ogletreedeakins.com
        Email: Kristy.Gunn@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        Jeanne Szromba
        Diane Smason
        John Hendrickson
        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        500 West Madison Street
        Suite 2800
        Chicago, Illinois 60661

        AUSA
        219 South Dearborn Street
        Suite 500
        Chicago, IL 60604

        s/ Michael D. Ray