IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Applicant, )<br>)<br>v. )<br>)<br>DOLGENCORP, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br>1:07-cv-06672 |

_____

**NOTICE OF OBJECTIONS**
_____

PLEASE TAKE NOTICE that on April 1, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, an attorney for Respondent will appear before the Honorable Judge George M. Marovich, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in his place, and shall then and there present the attached **Objections To The Recommended Grant Of The EEOC's Application For Enforcement Of Amended Subpoena.**

                              Respectfully Submitted,

                              By: s/Thomas L. Henderson
                              Thomas L. Henderson (TN Bar No. 11526)
                              Kristy L. Gunn (TN Bar No. 22821)
                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.
                              6410 Poplar Avenue, Ste. 300
                              Memphis, Tennessee 38119
                              Telephone: (901)767-6160
                              Email: Thomas.Henderson@ogletreedeakins.com

       Email: Kristy.Gunn@ogletreedeakins.com

       Michael D. Ray
       OGLETREE, DEAKINS, NASH
       SMOAK & STEWART
       20 South Clark Street, 25th Floor
       Chicago, IL  60603
       Telephone:  312-558-1220
       Fax:  312-807-3619
       Email: michael.ray@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

       Jeanne Szromba
       Diane Smason
       John Hendrickson
       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
       500 West Madison Street
       Suite 2800
       Chicago, Illinois 60661

       AUSA
       219 South Dearborn Street
       Suite 500
       Chicago, IL 60604

       s/Thomas L. Henderson