IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,    )<br>)<br>Applicant,    )<br>)<br>v.    )<br>)<br>DOLGENCORP,    )<br>)<br>Respondent.    ) | CIVIL ACTION NO.<br>1:07-cv-06672 |

_____

**RESPONDENT'S OBJECTIONS TO THE RECOMMENDED GRANT
OF THE EEOC'S APPLICATION FOR ENFORCEMENT OF
AMENDED SUBPOENA**
_____

Pursuant to Fed. R. Civ. P. 72(b), Respondent Dolgencorp objects to the following proposed findings and recommendations contained in the grant of the EEOC's application for enforcement of amended subpoena, entered on February 12, 2008[1]:

(1) the order's requirement that Respondent produce the requested information by month;

(2) the order's findings and conclusions that the underlying charge is valid and sufficient to meet the jurisdictional prerequisite to a subpoena enforcement action;

(3) the order's findings and conclusions that the underlying investigation is within the EEOC's proscribed authority to investigate;

(4) the order's findings and conclusions that the subpoena seeks relevant information; and

(5) the order's overly broad requirement that Respondent produce the requested information for a three and half year period for <u>all</u> persons

---

[1] Alternatively, Respondent submits that, pursuant to Fed. R. Civ. P. 72(a), Respondent objects to these portions of the order as being clearly erroneous and/or contrary to law.

within Division 5 whose contingent offers of employment were revoked due to the results of their criminal background check, not just those offers that were revoked based upon their having the same criminal convictions as Charging Party.

Upon consideration of these objections, Respondent's supporting memorandum, and the record as a whole, Respondent prays that this Court overturn the order and dismiss this action.

        Respectfully Submitted,

        By: s/Thomas L. Henderson
        Thomas L. Henderson (TN Bar No. 11526)
        Kristy L. Gunn (TN Bar No. 22821)
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        6410 Poplar Avenue, Ste. 300
        Memphis, Tennessee 38119
        Telephone: (901)767-6160
        Email: Thomas.Henderson@ogletreedeakins.com
        Email: Kristy.Gunn@ogletreedeakins.com

        Michael D. Ray
        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART
        20 South Clark Street, 25th Floor
        Chicago, IL  60603
        Telephone:  312-558-1220
        Fax:  312-807-3619
        Email: michael.ray@odnss.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of February, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

              Jeanne Szromba
              Diane Smason
              John Hendrickson
              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
              500 West Madison Street
              Suite 2800
              Chicago, Illinois 60661

              AUSA
              219 South Dearborn Street
              Suite 500
              Chicago, IL 60604

                                      s/Thomas L. Henderson