**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  Applicant,  v.  **DOLGENCORP,**  Respondent. | )  )  )  )  )  )  )  )  )  )  ) **CIVIL ACTION NO.**  **1:07-cv-06672** |

---

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that on March 11, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, an attorney for Respondent will appear before the Honorable Judge George M. Marovich, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in his place, and shall then and there present the attached **Unopposed Motion for Leave to File an Oversized Brief**.

                                                Respectfully Submitted,

                                                By: s/Thomas L. Henderson
                                                Thomas L. Henderson (TN Bar No. 11526)
                                                Kristy L. Gunn (TN Bar No. 22821)
                                                OGLETREE, DEAKINS, NASH,
                                                SMOAK & STEWART, P.C.
                                                6410 Poplar Avenue, Ste. 300
                                                Memphis, Tennessee 38119
                                                Telephone: (901)767-6160
                                                Email: Thomas.Henderson@ogletreedeakins.com
                                                Email: Kristy.Gunn@ogletreedeakins.com

>Michael D. Ray
>OGLETREE, DEAKINS, NASH
>SMOAK & STEWART
>20 South Clark Street, 25th Floor
>Chicago, IL  60603
>Telephone:  312-558-1220
>Fax:  312-807-3619
>Email: michael.ray@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

>Jeanne Szromba
>Diane Smason
>John Hendrickson
>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>500 West Madison Street
>Suite 2800
>Chicago, Illinois 60661

>AUSA
>219 South Dearborn Street
>Suite 500
>Chicago, IL 60604

>s/Thomas L. Henderson