IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:07-cv-06672 |
| DOLGENCORP, | ) ) ) | |
| Respondent. | ) | |

___

**UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**
*INSTANTER*
___

Defendant Dolgencorp moves this Court for leave to file a brief of twenty-two pages, including signature pages and certificate of service, which is in excess of the fifteen page limit specified in the Court's rules, in support of Dolgencorp's Objections to the Magistrate Judge's order granting the EEOC's application for enforcement of an administrative subpoena. The reason for this request is due to the important issues raised regarding jurisdiction and the delegation of the EEOC's investigative authority and the need to adequately apprise the Court of the circumstances warranting relief.

Thomas L. Henderson, counsel for Dolgencorp, spoke with Jeanne Szromba, counsel for the EEOC, and the EEOC does not object to the relief sought in this motion.

1

Respectfully Submitted,

By: s/Thomas L. Henderson
Thomas L. Henderson (TN Bar No. 11526)
Kristy L. Gunn (TN Bar No. 22821)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Ste. 300
Memphis, Tennessee 38119
Telephone: (901)767-6160
Email: Thomas.Henderson@ogletreedeakins.com
Email: Kristy.Gunn@ogletreedeakins.com

Michael D. Ray
OGLETREE, DEAKINS, NASH
SMOAK & STEWART
20 South Clark Street, 25th Floor
Chicago, IL  60603
Telephone:  312-558-1220
Fax:  312-807-3619
Email: michael.ray@odnss.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

Jeanne Szromba
Diane Smason
John Hendrickson
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661

AUSA
219 South Dearborn Street
Suite 500
Chicago, IL 60604

s/Thomas L. Henderson