IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Applicant, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:07-cv-06672 |
| DOLGENCORP, ) ) | |
| Respondent. ) | |

_____

**MOTION TO STAY MAGISTRATE JUDGE'S ORDER**
_____

Respondent Dolgencorp, Inc. ("Dolgencorp") moves this Court to stay Magistrate Judge Schenkier's February 12, 2008 order granting the Equal Employment Opportunity Commission's ("EEOC") application to enforce an administrative subpoena.

Good cause exists for this motion. The EEOC instituted this action seeking enforcement of an administrative subpoena it served on Dolgencorp, Inc. Chief Judge James F. Holderman referred the matter to Magistrate Schenkier. On February 12, 2008, Magistrate Schenkier granted the relief sought by the EEOC and enforced a revised version of the subpoena.

Magistrate Schenkier's order is dispositive of the entire matter before the Court. As such, it must be treated as a report and recommendation, which does not become effective until a final order is entered by the District Judge.

1

Thus, Dolgencorp requests that the Court stay Magistrate Schenkier's order until Dolgencorp has had an opportunity to file objections, as permitted by 28 U.S.C. § 636(b)(1), and the district court has entered a final order in this matter.

Counsel for Respondent has consulted with the EEOC, and the EEOC opposes this motion.

    Respectfully Submitted,

    By: s/Thomas L. Henderson
    Thomas L. Henderson (TN Bar No. 11526)
    Kristy L. Gunn (TN Bar No. 22821)
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
    6410 Poplar Avenue, Ste. 300
    Memphis, Tennessee 38119
    Telephone: (901)767-6160
    Email: Thomas.Henderson@ogletreedeakins.com
    Email: Kristy.Gunn@ogletreedeakins.com

    Michael D. Ray
    OGLETREE, DEAKINS, NASH
    SMOAK & STEWART
    20 South Clark Street, 25th Floor
    Chicago, IL  60603
    Telephone:  312-558-1220
    Fax:  312-807-3619
    Email: michael.ray@odnss.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of February, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

>Jeanne Szromba
>Diane Smason
>John Hendrickson
>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>500 West Madison Street
>Suite 2800
>Chicago, Illinois 60661
>
>AUSA
>219 South Dearborn Street
>Suite 500
>Chicago, IL 60604

                                                s/Thomas L. Henderson