IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:07-cv-06672 |
| DOLGENCORP, | ) ) | |
| Respondent. | ) | |

---

### NOTICE OF OBJECTIONS
---

PLEASE TAKE NOTICE that on April 1, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, an attorney for Respondent will appear before the Honorable Judge George M. Marovich, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, or before such Judge as then may be sitting in his place, and shall then and there present the attached **Objections To The Recommended Grant Of The EEOC's Application For Enforcement Of Amended Subpoena.**

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By: s/Thomas L. Henderson
　　　　　　　　　　　　　　　　Thomas L. Henderson (TN Bar No. 11526)
　　　　　　　　　　　　　　　　Kristy L. Gunn (TN Bar No. 22821)
　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.
　　　　　　　　　　　　　　　　6410 Poplar Avenue, Ste. 300
　　　　　　　　　　　　　　　　Memphis, Tennessee 38119
　　　　　　　　　　　　　　　　Telephone: (901)767-6160
　　　　　　　　　　　　　　　　Email: Thomas.Henderson@ogletreedeakins.com

Email: Kristy.Gunn@ogletreedeakins.com

Michael D. Ray
OGLETREE, DEAKINS, NASH
SMOAK & STEWART
20 South Clark Street, 25th Floor
Chicago, IL  60603
Telephone:  312-558-1220
Fax:  312-807-3619
Email: michael.ray@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

Jeanne Szromba
Diane Smason
John Hendrickson
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661

AUSA
219 South Dearborn Street
Suite 500
Chicago, IL 60604


s/Thomas L. Henderson