# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

U.S. Equal Employment Opportunity Commission

                      Plaintiff,

v.                                       Case No.: 1:07−cv−06672
                                       Honorable George M. Marovich

Dolgencorp

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge George M. Marovich :Respondent's motion for leave to file oversized brief [35] and motion to stay [37] noticed for 3/11/2008 are reset to 3/18/2008 at 10:30 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.