# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

U.S. Equal Employment Opportunity Commission

          Plaintiff,

v.          Case No.: 1:07−cv−06672
          Honorable George M. Marovich

Dolgencorp

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge George M. Marovich :Motion hearing set for 3/18/2008 and 4/1/2008 are stricken. Respondent's unopposed motion for leave to file oversized brief instanter [35] is granted. Respondent's motion to stay [37] is granted. Applicant EEOC's response to respondent Dolgencorp's objections to the Magistrate Judge's order is due by 3/27/2008.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.