# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6672 | **DATE** | 4/15/2008 |
| **CASE TITLE** | U.S. Equal Employment Opportunity Commission vs. Dolgencorp. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. The Court adopts the Magistrate's Report and Recommendation to the extent it is consistent with this opinion. The Court grants applicant EEOC's petition to enforce the June 25, 2007 amended subpoena [1]. Respondent is ordered to answer the subpoena (as limited to Division 5) on or before April 30, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | CW |
|---|---|---|