# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

U.S. Equal Employment Opportunity Commission

                Plaintiff,

v.                                    Case No.: 1:07−cv−06672
                                      Honorable George M. Marovich

Dolgencorp

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable George M. Marovich:Applicant EEOC's response to respondent's emergency motion to stay [47] is due by 5/2/2008; hearing on said motion is set for 5/6/2008 at 10:30 AM. Stayed until 5/6/2008.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.