# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

U.S. Equal Employment Opportunity Commission

                    Plaintiff,

v.                        Case No.: 1:07−cv−06672
                        Honorable George M. Marovich

Dolgencorp

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable George M. Marovich:Motion hearing held. Respondent's emergency motion to stay pending appeal [47] is denied. Respondent is ordered to answer the subpoena (as limited to Division 5) on or before 5/9/2008. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.