IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOLGENCORP, ) | |
| ) | |
|     Appellant/Respondent, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:07-cv-06672 |
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | |
| ) | |
|     Appellee/Applicant. ) | |

_____

**DOLGENCORP'S DOCKETING STATEMENT**
_____

Pursuant to Seventh Circuit Court Rules 3(c)(1) and 28(a) Dolgencorp hereby files this Docketing Statement and states as follows:

(1)    The District Court has federal question jurisdiction over this matter, as this matter arises under 42 U.S.C. § 2000e-8(a).

(2)    Appellate jurisdiction is conferred on the Seventh Circuit Court of Appeals pursuant to 28 U.S.C. § 1291.

(3)    The date of entry of the judgment and decree sought to be reviewed is April 15, 2008.

(4)    The Notice of Appeal was filed on May 6, 2008.


Respectfully Submitted,

By: s/Thomas L. Henderson
Thomas L. Henderson (TN Bar No. 11526)
Kristy L. Gunn (TN Bar No. 22821)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

        6410 Poplar Avenue, Ste. 300
        Memphis, Tennessee 38119
        Telephone: (901)767-6160
        Email: Thomas.Henderson@ogletreedeakins.com
        Email: Kristy.Gunn@ogletreedeakins.com


        Michael D. Ray
        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART
        20 South Clark Street, 25th Floor
        Chicago, IL  60603
        Telephone:  312-558-1220
        Fax:  312-807-3619
        Email: michael.ray@odnss.com


## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of May, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

      Jeanne Szromba
      Diane Smason
      John Hendrickson
      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
      500 West Madison Street
      Suite 2800
      Chicago, Illinois 60661

      AUSA
      219 South Dearborn Street
      Suite 500
      Chicago, IL 60604


         _s/Thomas L. Henderson