

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 08, 2008

Before

**FILED**

MAY 09 2008 YM
May 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FRANK H. EASTERBROOK, Chief Judge

RICHARD D. CUDAHY, Circuit Judge

JOHN DANIEL TINDER, Circuit Judge

| No.: 08-2136 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Petitioner - Appellee<br><br>v.<br><br>DOLGENCORP, Respondent - Appellant |
|---|---|

**Originating Case Information:**
District Court No: 1:07-cv-06672
Northern District of Illinois, Eastern Division
District Judge George Marovich

Upon consideration of appellant Dolgencorp's emergency motion to stay pending appeal, filed on 05/07/2008, by counsel,

**IT IS ORDERED** that the motion is **DENIED**. The EEOC is entitled to latitude to investigate. *See EEOC v. Sidley Austin Brown & Wood*, 315 F.3d 696, 699-700 (7th Cir. 2002).

form name: c7_Order_3J (form ID: 177)