# CERTIFIED COPY

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 15, 2008

| | | |
|---|---|---|
| No.: 08-2136 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Petitioner - Appellee<br><br>v.<br><br>DOLGENCORP,<br>Respondent - Appellant | **FILED**<br><br>MAY 16 2008 YM<br>May 16 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| **Originating Case Information:** |
|---|
| District Court No: 1:07-cv-06672<br>Northern District of Illinois, Eastern Division<br>Clerk/Agency Rep Michael Dobbins<br>District Judge George Marovich<br>Court Reporter Brooke Wilson |

Upon consideration of the motion to dismiss case pursuant to FRAP 42(b), filed on 5/14/08 by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

